

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FABIOLA CONTRERAS,

        Defendant(s).
_____/

No. 10-mj-30295

VIOLATIONS: 18 U.S.C. § 1956(h)

## MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT

THE UNITED STATES OF AMERICA requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

        Respectfully submitted,

        BARBARA L. MCQUADE
        United States Attorney

        JENNIFER L. BLACKWELL
        Assistant United States Attorney

Dated: August 2, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FABIOLA CONTRERAS,

        Defendant(s).

_____/

No.  10-mj-30295

VIOLATIONS:  18 U.S.C. § 1956(h)

## ORDER
## TO UNSEAL COMPLAINT AND ARREST WARRANT

IT IS HEREBY ORDERED that the complaint, warrant of arrest, and all attendant papers be UNSEALED.

_____
United States Magistrate Judge

Entered:  8/2/10